UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          Case no:  **3:19-BK-04457-JAF**

**LOREN DAVID FREDERICKS**                      Chapter 13
                    Debtor

_____

### REPORT OF STANDING TRUSTEE

COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and hereby shows the

Court that:

1.  Pursuant to orders of dismissal, orders of conversion, and orders of distribution, total

receipts were disbursed for the above named estate.  All disbursement checks have cleared the

trust account except payments to or intended for **LOREN DAVID FREDERICKS, 2604 NE**

**34TH STREET, OCALA, FL 34479, Debtor .**

2. More than 90 days have elapsed since the distribution of the final payment.  Pursuant to

11 U.S.C. Section 347, a check in the amount of **$11,936.08**, has been forwarded to the Clerk of

the Court, Jacksonville Division, 300 N Hogan St, Suite 3-150, Jacksonville, Florida 32202

along with a copy of this report.  The claimant entitled thereto is as shown above.

Respectfully submitted this 24th day of August, 2021.


/s/ Douglas W. Neway_____
Douglas W. Neway, Trustee
Post Office Box 4308
Jacksonville, Florida 32201
Phone: (904) 358-6465
Fax: (904) 634-0038