**Forms are generic suggestions. Parties and their attorneys should revise them to address the unique circumstances of each case.**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
_____ DIVISION
www.flmb.uscourts.gov

FILED
JACKSONVILLE, FLORIDA
NOV 29 2021
CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re Loren David Fredericks )
) Case No. 3:19 bk-04457-JAB
) Chapter
Debtor.* )

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a \_\_\_\_ creditor _X_ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following (insert reasons you have a right to claim said funds in the lines provided below):

This is money that I paid to trustee, but Bankruptcy did not get confirmed, so money was not dispersed. Then Bankruptcy was dismissed.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any supporting documents required for this application is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an order authorizing payment of the dividend due upon this claim.

Name of Claimant: Loren David Fredericks

Mailing Address: 2604 NE 74th St

City: Ocala   State: Fl   Zip Code: 34479

Telephone Number: Home: 352-209-2283   Work: _____

Last Four Digits of SS# or Tax ID Number: 8025

Amount of Claim: 11,936.08

---

*All references to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

Implemented 09/28/17                     Revised 12/1/2020

**Forms are generic suggestions.  Parties and their attorneys should revise them to address the unique circumstances of each case.**

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____          _11-24-2021_____
CLAIMANT'S SIGNATURE                                              DATE

**[If filed by an individual, must include notary information below]**

STATE OF FLORIDA
COUNTY OF Marion

The foregoing instrument was acknowledged before me this 24 day of November, 20 21, by _____ (name of person acknowledging).

(NOTARY SEAL)            Signature of Notary Public  _Ellyn Mae Jh_____

                                          Name of Notary, typed, printed or stamped
                                          Ellen Mae Johnson

Personally known _____ OR Produced Identification ✓
Type of Identification Produced  Drivers License



ELLEN MAE JOHNSON
Notary Public - State of Florida
Commission # GG 330094
My Comm. Expires Aug 23, 2023
Bonded through National Notary Assn.