[Doaauf] [District Order Approving Application for Payment Unclaimed Funds]

ORDERED.

Dated: December 6, 2021

_____

Jacob A. Brown
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                          Case No. 3:19-bk-04457-JAB
                                                Chapter 13

Loren David Fredericks

_____Debtor*_____/

### *ORDER APPROVING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS*

THIS CASE came on for consideration of the Application for Payment of Unclaimed Funds (Document No. 40) (the "Application"). The Application was filed on November 29, 2021 by Loren David Fredericks. Having verified that the sum of $ 11,936.08 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Application should be approved. Accordingly, it is

***ORDERED:***

1. The Application is Approved.

2. After 14 days from the date of this order, the Court's Financial Deputy shall prepare a payment voucher to be sent to the United States Treasury, for payment of the sum of $ 11,936.08 to:

Loren David Fredericks
2604 NE 34th St.
Ocala, FL 34479

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator